CATHARINE T. SMITH et al., as Executors, etc., Appellants and Respondents, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant and Respondent.

(Argued March 14, 1895; decided April 9, 1895.)

CROSS-APPEALS from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 14, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict.

*John F. Kavanagh* for plaintiffs.

*George L. Sterling* for defendant.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

RICHARD P. McBRIDE, Respondent, *v.* FRANK O. CHAMBER-LAIN et al., as Administrators, etc., Appellants.

(Argued March 18, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 3, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*John Gillette* for appellants.

*Henry M. Field* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.